IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENDRICK STORY,
ADC #109934                                                                      PLAINTIFF

v.                      Case No. 4:17-cv-00853-KGB-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kendrick Story's petition for writ of habeas corpus is denied and dismissed with prejudice. The Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)-(2).

So adjudged this 27th day of June, 2018.

_____
Kristine G. Baker
United States District Judge